Name: Satish Shetty
Address: 20631 Ventura Blvd., #301
City, State, Zip: Woodland Hills, CA 91364
Phone: (818)340-7600
Fax: (818)340-7611
E-Mail: chicoo@sbcglobal.net

☐ FPD   ☐ Appointed   ☐ CJA   ☒ Pro Per   ☐ Retained

FILED
2015 APR 28 PM 2:55

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Satish Shetty

PLAINTIFF(S),

v.

WESTERN PROGRESSIVE, LLC, A California Limited Liability Corporation; See attached addendum...

DEFENDANT(S).

CASE NUMBER:

CV 15-1402-JFW(MRWx)

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Satish Shetty_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
   Granting defendant's motion to dismiss.

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on __April 9, 2015__. Entered on the docket in this action on __April 9, 2015__.

A copy of said judgment or order is attached hereto.

__April 28, 2015__
Date

Signature
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

**Satish Shetty**
In Pro Per
20631 Ventura Blvd., #301,
Woodland Hills, CA 91364
Telephone:  (818)340-7600
Facsimile:  (818)340-7611
Email:  chicoo@sbcglobal.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATISH SHETTY, An individual, | ) |
| Plaintiff, | ) CASE NO.: 15-CV-1402-JFW-(MRWx) |
| Vs. | ) |
| | ) ADDENDUM TO NOTICE OF APPEAL |
| WESTERN PROGRESSIVE, LLC, A California Limited Liability Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., A Delaware Corporation; OCWEN LOAN SERVICING, LLC; ALTISOURCE RESIDENTIAL CORPORATION A Maryland Corporation; CHRISTIANA TRUST AS TRUSTEE FOR ARLP TRUST 2, ALTISOURCE RESIDENTIAL CORPORATION; JOEL PIRES, JASON R. BERKELEY; LUIS ROLDAN, VICENTE EKACHAI RAMOS; CHRISTINA J. FERRER, JASON AYERS, SAMIR MARGETIC AND DOES 1 through 10, inclusive, | ) |
| Defendants | ) |

1

UNITED STATES DISTRICT COURT    JS-6
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 15-1402-JFW (MRWx)**                              Date: April 9, 2015

Title:    Satish Shetty -v- Ocwen Loan Servicing, LLP, et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

Shannon Reilly                None Present
Courtroom Deputy           Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:
None                                                                          None

PROCEEDINGS (IN CHAMBERS):     ORDER GRANTING DEFENDANTS' MOTION TO
                                                           DISMISS PLAINTIFF'S COMPLAINT
                                                           [filed 3/5/2015; Docket No. 11]

   On March 5, 2015, Defendants Ocwen Loan Servicing, LLC; Western Progressive, LLC; Mortgage Electronic Registration Systems, Inc.; Altisource Residential Corporation; Christiana Trust as Trustee for ARLP Trust 3; Joel Pires; Jason Berkeley; Christian J. Ferrer; Jason Ayers; and Samir Margetic (collectively, "Defendants") filed a Motion to Dismiss Plaintiff's Complaint. Plaintiff Satish Shetty ("Plantiff") did not file an Opposition. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for April 13, 2015 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

   Pursuant to Local Rule 7-9, Plaintiff was required to file and serve his Opposition or Notice of Non-Opposition "not later than twenty-one (21) days before the date designated for the hearing of the motion," or March 23, 2015. *See* Local Rule 7-9. Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion." *See* Local Rule 7-12. As of April 8, 2015, Plaintiff has not filed an Opposition to Defendants' Motion to Dismiss Plaintiff's Complaint. Pursuant to Local Rule 7-12, the Court deems Plaintiff's failure to file an Opposition or to otherwise comply with Local Rule 7-9 as consent to the granting of Defendants' Motion to Dismiss Plaintiff's Complaint.

   Accordingly, Defendants' Motion to Dismiss Plaintiff's Complaint is **GRANTED**. Plaintiff's Complaint is **DISMISSED without leave to amend**.

   IT IS SO ORDERED.

**PROOF OF SERVICE**
**Case No. 15-1402-JFW(MRWx)**

I the undersigned, declare:

I am over the age of 18 years and not a party to the above-entitled matter.
My business address is 20631 Ventura Boulevard, #301, Woodland Hills, CA 91364.

On April 28, 2015, I served copies of the following/within document titled:

**NOTICE OF APPEAL; PROOF OF SERVICE**

in this matter on each of the parties indicated herein in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail in Woodland Hills, California to the following, addressed as follows:

TO:

WRIGHT, FINLAY & ZAK, LLP
Jonathan M Zak Esq.,
Marvin B. Adviento, Esq.,
4665 MacArthur Court, Suite 200,
Newport Beach, CA 92660

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 28, 2015, in Woodland Hills, California.

Adina Zaharescu
Declarant.