**Satish Shetty**
In Pro Per
20631 Ventura Blvd., #301,
Woodland Hills, CA 91364
Telephone:  (818)340-7600
Facsimile:  (818)340-7611
Email:  chicoo@sbcglobal.net

FILED
CLERK, U.S. DISTRICT COURT
MAY 26 2015
CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATISH SHETTY, An individual, <br><br> Plaintiff, <br><br> Vs. <br><br> WESTERN PROGRESSIVE, LLC, A California Limited Liability Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., A Delaware Corporation; OCWEN LOAN SERVICING, LLC; ALTISOURCE RESIDENTIAL CORPORATION A Maryland Corporation; CHRISTIANA TRUST AS TRUSTEE FOR ARLP TRUST 2, ALTISOURCE RESIDENTIAL CORPORATION; JOEL PIRES, JASON R. BERKELEY; LUIS ROLDAN, VICENTE EKACHAI RAMOS; CHRISTINA J. FERRER, JASON AYERS, SAMIR MARGETIC AND DOES 1 through 10, inclusive, <br><br> Defendants | CASE NO: 15-CV-1402-JFW-(MRWx) <br> USCA9 Case No.: 15-55661 <br><br> **NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c).** |

Please take notice that not transcripts will be ordered in connection with this appeal. See 9th Cir. R. 10-3.1(c). A copy of this notice will be provided to the Court of Appeals.

Dated: May 21, 2015

Respectfully Submitted,

Satish Shetty
Plaintiff, In Pro Per.

1

**PROOF OF SERVICE**
**Case No. 15-1402-JFW(MRWx)**
**USCA9 Case No. 15-55661**

I the undersigned, declare:

I am over the age of 18 years and not a party to the above-entitled matter.
My business address is 20631 Ventura Boulevard, #301, Woodland Hills, CA 91364.

On May 22, 2015, I served copies of the following/within document titled:

**NOTICE PURSUANT TO NINTH CIRCUIT RULE 10-3.1(c).**

in this matter on each of the parties indicated herein in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail in Woodland Hills, California to the following, addressed as follows:

TO:

WRIGHT, FINLAY & ZAK, LLP
Jonathan M Zak Esq.,
Marvin B. Adviento, Esq.,
4665 MacArthur Court, Suite 200,
Newport Beach, CA 92660

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on May 22, 2015, in Woodland Hills, California.

A. Zaharescu
Declarant.